OLIVIT BROTHERS, A CORPORATION, PLAINTIFF AND RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, DEFENDANT AND APPELLANT.

Submitted July 6, 1915—Decided January 28, 1916.

On appeal from the Supreme Court.

For the appellant, *Vredenburgh, Wall & Carey.*

For the respondent, *Queen & Stout.*

PER CURIAM.

The decision of this case (known as the seven count case) is controlled by that in *Olivit Brothers* v. *Pennsylvania Railroad Co.,* No. 69 of this present term, otherwise known as the thirteen count case. As in that case (No. 69) there may be a recovery for some of the shipments.

The judgment below will be reversed and a *venire de novo* awarded.

*For affirmance*—BERGEN, WHITE, JJ. 2.

*For reversal*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, VREDEN-BURGH, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 13.